# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>MICHAEL QUINN | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>16- **16-1067M** |

Complaint for violation of 18 U.S.C. § 1591 AND 2423(b)

| NAME OF MAGISTRATE JUDGE<br>KAREN L. STEVENSON<br><s>JEAN ROSENBLUTH</s> | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br><br>Los Angeles, CA |
|---|---|---|

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|
| May 23, 2016 | Los Angeles County | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning on an unknown date and continuing through on or about May 19, 2016, defendant MICHAEL QUINN ("QUINN") knowingly traveled in interstate commerce and into the United States from Australia to Los Angeles County, within the Central District of California, for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), namely, to engage in sexual acts with a boy approximately 6 years old, all in violation of Title 18, United States Code, Section 2423(b) (travel with intent to engage in illicit sexual conduct).

Beginning on or about May 6, 2016, and continuing through on or about May 21, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendant MICHAEL QUINN ("QUINN"), in and affecting interstate commerce, knowingly attempted to recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, and aided, abetted, counseled, commanded, induced, and procured another in the attempted recruitment, enticement, harboring, transportation, provision, obtaining, advertising, maintenance, patronizing, and solicitation of, a person, knowing and in reckless disregard of the fact that such person had not attained the age of 14 years and would be caused to engage in a commercial sex act, namely, defendant QUINN attempted to recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit a person he believed was a six year-old boy, to engage in sexual intercourse with defendant QUINN in exchange for $250, all in violation of Title 18, United States Code, Sections 1591 (attempted sex trafficking of children).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>/s/<br><br>OFFICIAL TITLE: SPECIAL AGENT -- HSI |
|---|---|

FILED CLERK U.S. DISTRICT COURT
MAY 23 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1)<br>/s/ Karen L. Stevenson | DATE<br>May 23, 2016 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.
[Initials (JB:nl)    REC: [DETENTION]

## AFFIDAVIT

I, Aaron McClellan, being duly sworn, do hereby depose and say:

## INTRODUCTION

1. I am a Special Agent ("SA") with the Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI") and have been so employed for seven years. I am currently assigned to the HSI Child Exploitation Investigations Group ("CEIG"). My responsibilities with HSI include investigations into the sexual exploitation of children and child pornography in the Central District of California. HSI is responsible for enforcing federal criminal statutes involving the sexual exploitation of children under Title 18, United States Code, Section 2251, et seq. During my tenure as an SA with HSI, I have conducted and participated in numerous investigations of criminal activity, including investigations involving the sexual exploitation of children on the Internet and child pornography transmitted via computer. During the investigation of these cases, I have participated in the execution of numerous search warrants and seized evidence of such violations. I have attended training classes and seminars concerning computer crimes and the sexual exploitation of children on the Internet. During the course of my employment as an SA, I have participated in numerous computer crime investigations. In addition, I have received both formal and informal training from HSI and other institutions regarding computer-related investigations and computer technology.

2. Through my training and experience, I have become familiar with the methods of operation used by people who are involved with offenses involving the sexual exploitation of children. I have attended training classes and seminars concerning computer crimes and the sexual exploitation of children on the Internet. This training has given me an understanding of how people involved with offenses relating to the sexual exploitation of children use the Internet to further those offenses. My experience in investigations in this regard has supplemented my

understanding of how people involved in offenses relating to the sexual exploitation of children use the Internet to further those offenses.

## PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of a criminal complaint for Michael Quinn ("QUINN") for violations of Title 18, United States Code, Sections 1591 (attempted sex trafficking of children) and 2423(b)(travel with intent to engage in illicit sexual conduct).

4. The facts set forth in this affidavit are based upon my personal observations and training and, where noted, information related to me by other law enforcement officials and witnesses. This affidavit is intended to show that there is probable cause for the requested ~~arrest warrant,~~ complaint and does not purport to set forth all of my knowledge of or investigation into this matter.

## BRIEF SUMMARY OF INVESTIGATION

5. As set forth in detail below, in May 2016, QUINN travelled from Australia to Los Angeles. He intended to stay in Los Angeles for a week, then travel on to visit other parts of the United States. He travelled with friends/teammates, and together they rented a home in Los Angeles where they would stay while here. In advance of his travel, QUINN arranged to meet with a small group of like-minded men in the Los Angeles area and go with them to a hotel, where they could have sex with children. QUINN, who expressed a preference for boys aged 5-10, agreed to pay $250 an hour to be provided with a child he could anally sodomize, and suggested sharing a child with one of the other men, as he "love[d] the idea of sharing with a buddy." When he arrived in the United States, QUINN continued communicating with these men, confirming the arrangements. On Saturday May 21, 2016, QUINN went with them to the hotel, met with the person he believed was providing the children, and paid his $250. At this

point, he was arrested, because in fact, QUINN had been communicating with undercover HSI agents the entire time.

6. Thus, there is probable cause to believe that QUINN travelled to the United States with the intent to engage in illicit sexual conduct here, in violation of Title 18, United States Code, Section 2423(b), and that he attempted to obtain a minor for the purpose of commercial sexual activity, in violation of s Title 18, United States Code, Section 1591.

## PROBABLE CAUSE

### A. Using Screen Names "Mick" "Southof," and "Inhere," QUINN Arranged to Travel to the United States and Pay to have Sex with a 6-Year-Old Boy

7. In May, 2016, acting in an undercover capacity, I accessed a social networking site (Website A) using an account that law enforcement had previously taken over from a person with a sexual interest in children (UCA1).[1] I was looking for various online groups where members expressed their sexual interest in children. I found a post by someone using the screen name "Mick," stating that he would be traveling from Australia to the Los Angeles area at the end of May. As set forth below, "Mick" has been identified as QUINN, so will be referred to as QUINN herein. On approximately May 6, 2016, using UCA1, I sent him a private email message via Website A, asking what he was looking for in Los Angeles; he immediately responded that he was looking for sex with children, and stated that while he liked both boys and girls, his favorite were boys, aged 5-10.

---

[1] During this investigation, I used multiple undercover personas to communicate with QUINN. I also used multiple forms of communication. For instance, posing as one person, I communicated with QUINN using an undercover account on a social networking site, an undercover account on Kik, and an undercover account on Wickr. As these undercover personas and undercover accounts are still being used in other investigations, I am not disclosing the undercover identities, or the usernames of the undercover accounts herein. For clarity's sake, I will refer to the undercover personas as Undercover Accounts 1, 2, and 3 (UCA1, UCA2, and UCA3), regardless of what form of communication I was using.

| | |
|---|---|
| UCA1: | What are you looking to get into in LA? I have hookups for certain activities. |
| QUINN: | I'd like to meet up with a dad whos shares his yng ones ... |
| UCA1: | Theres a place I can take you to enjoy a yng one. What age u like? B or G? A group of us here get together and share some yng. Theres a small thread on it right now. |
| QUINN: | I'd really appreciate that!!! I like both ... refer B 5-10 fave. |
| UCA1: | Nice choices. I like g 5-6 yo. |

8. At this point, I suggested moving the conversation from the social networking site to telephone messaging application "Kik." I know, based on my training and experience, that individuals with a sexual interest in children often use Kik to communicate with each other, as it is considered to pose less risk of discovery by law enforcement. QUINN informed me that he used both Kik and another secure telephone message application, Wickr. We exchanged Kik usernames.

9. We continued communicating on Kik. He was using the screen name "southof." During a conversation on approximately May 6, 2016, QUINN told me that he was hoping to meet "other pervs" in the United States and asked if I could arrange for him to meet likeminded individuals for sex with children. He agreed to pay $250 to anally sodomize a young boy, and suggested that we molest a child together. He also asked if it was safe, indicating that he understood that what he was arranging was illegal:

| | |
|---|---|
| QUINN: | Hi mate. |
| UCA1: | Hey bud. Its [UCA1] from [Website A]. Hey. U found me. |
| QUINN: | Yeh thanks for connecting man. |
| UCA1: | Np. Always looking for like minded buds. Esp overseas. Dont like living life in a bubble. |

| | |
|---|---|
| QUINN: | I agree mate. Looking forward to my trip to the US. Keen to meet other pervs while I'm there. |
| UCA1: | Sounds like youll be here for a while. In the US. When u hitting up LA? |
| QUINN: | 3 weeks all up. I fly into LA on 19th May. |
| UCA1: | When u leave LA? |
| QUINN: | 24th You think you can organize something? |
| QUINN: | Still there mate? |
| UCA1: | Yep. Give me a sec. Driving. |
| QUINN: | No worries mate. |
| UCA1: | Ok. Most def cant get it together. Ive used this place many times over the last couple yrs. Very discrete. Price depends on if u want sucked or u want to fukk his boi hole. |
| QUINN: | Ok cool. Approx how much? |
| UCA1: | Which u want? My last time there I had a 6 yo. I fukked him. It cost 250 for an hour. I think I can get him to up it to 90 mins though. |
| QUINN: | Nice! That's perfect. Who's the guy? Would love to share one with you mate. |
| UCA1: | Haha. What I was hoping but didnt want to come off as a pushy american. He's on [Website A]. Ill let him know u are interested. |
| QUINN: | lol lol all good mate – love the idea of sharing with a buddy. Yeh if appreciate that mate. Would like an introduction for sure. Got any pics of yourself to swap? All good if you don't. I understand the discretion that's required. |
| UCA1: | Yeah. Id say for both our safety we prob shouldn't. Our lifestyle is frowned upon here in the states. |
| QUINN: | I know mate – likewise here in Aus. A bit nervous about it all to be honest mate. How do you know it's all safe etc? Is your mate online now on [Website A]? |
| UCA1: | Hang on. Let me see. |

| | |
|---|---|
| QUINN: | Ok. |
| UCA1: | No. His name is [UCA2]. I sent him a message already. I just took the old man tues. night. Check him out. All is discreet. Ive been a bunch. Ive taken several guys to party there. |
| QUINN: | Ok nice one! I'll have a look. Your old man? |
| UCA1: | Haha. No. Not my pops. Old dude on [Website A]. I"ll email u on [Website A]. The link. |
| QUINN: | Hehe thanks mate. Just on there now. Would like some introductions to any decent buddies you have on there. Keen to connect with other pervs. |
| UCA1: | Hit up [UCA2] and [UCA3]. U have a nastykinkpig account? |
| QUINN: | Yeh will do – trying to figure out how to search for profiles on [Website A]. |
| UCA1: | It sucks. Def not easy to seRch. Okay I'm going to fight LA traffic. Hmu later or this weekend. Looki g forward to hooking up. [Agent note: Hmu stands for "hit me up."] |
| QUINN: | I found [UCA2]. You mind if I mention I know you? |
| UCA1: | That's cool. Hes a good dude. |
| QUINN: | Thanks. I've message him. Can't find [UCA3] though. |
| UCA1: | [UCA3]. Go to my profile. Hes under friends I think. |
| QUINN: | Yeh I've sent a friend request to both of them. I like catching up with older experienced pervs – they've got good profiles. |
| QUINN: | So fucking horny for a bald pink hole on my cock. |

10.  As detailed above, as UCA1, I told QUINN that the person who had arranged children for sex in the past was UCA2, and that if he wished, QUINN could get in touch with UCA2 directly via Website A. I also said that UCA3 had come with me before to have sex with children, and that if QUINN wished he could communicate with UCA3 directly via Website A. In fact, both UCA2 and UCA3 were undercover personnas I used, both from Website A accounts

that law enforcement had previously taken over from a person with a sexual interest in children. Therefore, when QUINN communicated with UCA2 and UCA3, he was actually communicating with me.

11. On approximately May 6, 2016, QUINN reached out to UCA3 on Website A, stating that he'd like to meet likeminded adults but really hoped they could arrange to procure the children:

| | |
|---|---|
| UCA3: | Hello young man. An Aussie aye? I have run acfross a couple of Aussie pervs on here recently. I guess the Aussies are waking from the winter slumber and looking to play. Ha Ha Ha. So you are friends with UCA1? I need to thank him for the kind words. Unfortunately I am not able to provide the action I am thinking you are looking for. Let me know UCA1 has guided you in the right direction. I think I might be ready for another round of fun. If you understand what I am saying. |
| QUINN: | Yep, an Aussie fella here – this is a great site to meet our fellow pervs and good to hear there's a few of us down under. I'm awake and very keen for some hot action that's for sure. Me and UCA1 have been chatting a bit – nice guy. Yeh he's definitely guiding me in the right direction for when I come and visit and if like a man like you be involved for sure. Another round and an Aussie buddie to help out?? Makes my dick so hard! |
| UCA3: | If the goods are available and I'm around I'll for sure jump in and play. What dates will you be in sunny California? |
| QUINN: | Good to hear mate! I'll be there from 19th May to 24th Would like to catch up with you guys either way but really want the goods if we can ... Are you on wicker or kik etc? |
| UCA3: | Ok so that's soon. I'm around. I have a little holiday planned for late June. I'll get on UCA1 to get the plans set. I'm starting to get revved up now! Not sure what wicker is. Guessing it is like kik. I don't have kik. UCA1 tried to get me on kik. I asked why we do I need it? UCA1 said so we can talk. I told him to fucking call me if he wanted to talk. That's what a telephone number is for. |
| QUINN: | lol good point. Just makes it a bit quicker than messaging on here. A bit more secure too. I'm getting revved as well. I'd be keep to chat on the phone soon too if you're up for it? |

| | |
|---|---|
| UCA3: | I guess I never really needed it since my friends are all local. Or local compared to being down under. I'll look it up online and how to use it. What is your name on kik? |
| QUINN: | Nice one – definitely add me to kik  My name is "southof" on there |
| UCA3: | I'll look into kik this weekend. Hope I talk with you before the year 2019. Ha ha I'm going to put my old bones to bed. Talk with you this weekend Mick. |

12.    On approximately May 8, 2016, QUINN reached out to UCA2, who UCA1 had described as "the guy" who could arrange children for us, and confirmed that he was interested in having UCA2 obtain a child for him:

| | |
|---|---|
| UCA2: | Hey bud. Lol [UCA1] knows everyone. He mentioned someone was going to be hitting me up. As long as he's your bud I'm good then. He and a couple other pervs get together. If you are interested in some yng let me know. |
| QUINN: | I'm glad he mentioned I was going to get in touch. He's a decent guy and helped me out on here that's for sure. He mentioned that you guys have fun when you all get together. I'm definitely keen to join in. I'm in Australia. I'm visiting LA, Nashville and NYC. |
| UCA2: | Good to hear. We always like to welcome others to the group. He mentioned some dates. And I see you are traveling around a bit. What dates will you be in LA? What date you wanted to party on while here? You pick. We perv whenever. Which brings me to the ???????, did [UCA1] tell you want goes on? I don't want you to be surprised. |
| QUINN: | My wickr ID is "inhere." |

13.    Later that day, QUINN reached out to UCA1 on Website A, confirmed that he had touched base with UCA2:

| | |
|---|---|
| QUINN: | Hi buddy, how's it going? |
| UCA1: | Hey man. Alright. What's up with u? |
| QUINN: | Real horny for a perv here mate. I connected with UCA2 – thanks |
| UCA1: | haha. Hurry up and hit LA. You'll feel much better. LOL. Which date u feeling for the party so I can tell [UCA2] to reserve the pups. And so I can |

tell the couple other guys wanting to come. That's good u hit him up. He makes the magic happen.

14. Based on my training and experience, as well as the context of this conversation, when QUINN said he was "real horny for a perv," I understood him to mean that he wanted to have a sexual experience with a minor.

15. Between approximately May 8-May18, QUINN continued to communicated with UCA1 on Kik. In those conversations, QUINN gave me more details about his trip to the United States. He told me that he was going to be on holiday in LA, then playing rugby in Nashville, then traveling to New York City for work and a holiday. He also told me that while he was in Los Angeles, he and "a bunch of buddies" had rented a big house so he would not be able to "host" when we all met to have sex with children. When I responded that the person procuring the children for us "does callouts to a hotel or we go to his location," QUINN responded "Ok cool," indicating he still intended to go through on his plan to meet and pay for sex with children. QUINN continued to communicate with UCA1 up to the point until approximately May 18, when he stated that his flight left in a few hours.

16. On approximately May 18, QUINN also communicated again with UCA2 on Website A, confirming that he was traveling to the US the next day, and that QUINN planned to meet UCA2:

| | |
|---|---|
| UCA2: | Whats up perv? What u been up to? |
| QUINN: | Getting ready for my trip. I leave tomorrow (Thurs. morning). Are we catching up?? |
| UCA2: | Hey there. Yea we are hooking up. Might be easier to chat on kik about our plans. Did [UCA1] give you the details of whats up? Need to make sure all is cool before we show up for the goodies. |
| QUINN: | I couldn't find you on wickr using [UCA2]? |

UCA2:      no its [UCA2]2 fukkers banned me! Lol

17.    At this point, QUINN contacted UCA2 on Kik, and they agree to continue talking on Wickr. Using the screen name "inhere," QUINN confirmed that he was traveling to Los Angeles on May 19, and that he wanted to meet and pay to have sex with a child. He confirmed that he wanted a boy 5-8 years old, and when told that there was a 6-year old boy available, he agreed. He also agreed that the price was $250 to have anal intercourse with the child, and $175 to have the child perform oral sex only. Making it clear that he understood that what he was agreeing to was illegal, QUINN suggested meeting first and doing drugs together so he would know that he was not dealing with law enforcement. This chat includes the following:

QUINN:     Hi mate, Aussie Perv from [Website A] here.

UCA2:      Go u lets keep our chat here

QUINN:     I agree. Safer here.

UCA2:      I agree. What day u want to play? I can get us booked.

UCA2:      [At approximately this point in the chat, I also asked him what floor he wanted to play on, but this portion of the chat was inadvertently not captured. Based on my training and experience, this is a way of asking what age boy he wanted to have sex with.]

QUINN:     Can do Friday or Saturday? Any day from tomorrow through Monday night works for me. I can be flexible with times.

UCA2:      Sat night or sat day?

QUINN:     One thing in my mind is – we've haven't met and would probably want to meet up and have a pipe or two before anything happens. Make sure we're comfortable etc?

QUINN:     Sorry mate, what do you mean by floor. Okay sorry, a floor, as in level probably floor 4 or 5 are good

UCA2:      Oh. Sorry. Yeah what age.

| | |
|---|---|
| QUINN: | 5-8 faves. What are your thoughts? |
| UCA2: | Nice one. It's 250 to ball him. 175 for sukk only. He has a 6th floor boi. Is that ok? |
| QUINN: | Sure thing. So who will be joining? |
| UCA2: | Yours truly. UCA1 and the old man [UCA3]. Another dude can't make it so he is going later on. |
| QUINN: | Sounds like great fun to me mate. Never done this before mate-can we meet before for introductions etc? Do you guys party? |
| UCA2: | Everyone is discreet. No one takes pictures at these things. No one passes along our names on [Website A] or wickr. The guy with the toys runs this biz. He will tell u not to mention these parties. |
| QUINN: | Ok. Can I meet up with you before? |
| UCA2: | We party afterwards usually. Esp. since we are going to have fun during the day. We can roll that night. Sure thing. We can grab a drink before heading up sat. |
| QUINN: | Ok I'd appreciate that mate. The only reason why I'd want to party is to know you're not cops. Have a pipe and show our cocks – something like that … |
| UCA2: | Lol. I get you. But we arent police. But not sure any of us party that hard. Ha. We normally have a few scotch or bourbons. |
| QUINN: | lol ok fair enough mate. Not something I do often by trying to make sure it's all cool. Happy to meet up with you guys before and go from there. What area will I need to meet you in? |
| UCA2: | Everything cool. Let me ask where he wants us. Ill shout at him and get the hotel he will be at. Are u cool getting there? Know your way around LA? |
| QUINN: | Don't know my way round… Staying in a house with a bunch of buddies near Hollywood Heights. |
| UCA2: | U want me and [UCA1] to pick you up? Dont want to put you on the spot. But the offer is there. If not id suggest uber. Do you guys have uber? Oh wow. Are the other dudes coming or hust you playing? |

| | |
|---|---|
| QUINN: | lol lol just me mate – I wish they were ... Maybe you guys could pick me up nearby. Otherwise I'm cool with uber. |
| UCA2: | Yea we can come up. Let us know whats nearby so you can slip out. Whateber works for you. |
| QUINN: | Ok I fly out in about 5hrs. Will be there at 6am LA time Thursday. |
| UCA2: | Very nice. Safe travels. Shoot me a message tomorrow when you can. I told our guy 1pm Saturday. Ill let you know. |
| QUINN: | Ok sounds good. |

**B. Identification of "Mick," "Southof," and "Inhere" as MICHAEL QUINN, Australian Citizen Who Travelled to Los Angeles on May 19, 2016**

18. As set forth above, someone using the screen names "Mick" on Website A, "southof" on Kik, and 'inhere" on Wickr communicated with undercover law enforcement to arrange to purchase sex with a minor boy. HSI identified this individual as Michael Quinn, an Australian citizen residing in Australia.

19. I learned from Kik that first name for Kik user "Southof" was listed as M and last name was listed as QC, with an email address of mikquinny@hotmail.com.

20. On or about May 11, 2016, I informed Nancy Bravo, HSI Intelligence Research Specialist, of my undercover chat on Kik with username "Southof" and requested assistance in identifying "Southof." I further informed IRS Bravo that "Southof" told me that he was from Australia, and was arriving in Los Angeles from Australia on May 19, 2016. Further, I informed IRS Bravo that "Southof" indicated that he would be staying in Hollywood and would be traveling with a group. From Los Angeles, "Southof" stated he was flying to Nashville to play in a rugby tournament.

21. I learned the following from IRS Bravo:

        a.     IRS Bravo queried the username "mikquinny" in Facebook and got one result for a male named Mike Quinn. According to his profile, he resides in Melbourne, Australia and plays rugby.

        b.     On May 14, 2016, IRS Bravo searched passenger manifests through DHS databases and found a passenger named Michael John QUINN, year of birth 1983, arriving into Los Angeles International Airport (LAX) on May 19, 2016 on Qantas Airlines (QF) flight 93 with a destination address of "2047 Grays Avenue" in Los Angeles.

        c.     IRS Bravo continued to search through the manifest for QF 93 and found two additional subjects -- Timothy Grogan and James Skehan -- arriving on the same flight with QUINN. Their destination address was also listed as 2047 Grace Avenue in West Hollywood.

        d.     IRS Bravo reviewed Michael QUINN's friends list on his Facebook profile and both subjects were friends with QUINN on Facebook. IRS Bravo reviewed Timothy Grogan's Facebook profile and it revealed a picture of Grogan, Michael QUINN and James Skehan tagged at the airport in Melbourne and traveling to Los Angeles.

        e.     Two additional subjects were also tagged who were not pictured, Lachlan Mitchell and Andrew McKenzie. IRS Bravo conducted an additional search of flight manifests arriving into LAX from Melbourne and found Mitchell and McKenzie arrived also arrived into LAX on May 19, 2016, but on United Airlines flight 99. Mitchell's destination address was listed as 2047 Grace Avenue in Los Angeles. McKenzie's destination address was listed as 2201 West End Avenue in Nashville.

    22.     The above factors corroborated what "Southof" told me in his chat – that he was an Australian, traveling with friends to Los Angeles and then on to Nashville, and that they were

renting a home for the week they would be in Los Angeles. Furthermore, as set forth below, MICHAEL QUINN showed up to the meeting, and paid $250 to have sex with a 6-year-old boy.

### C. On May 21, 2016, QUINN Went to the Hotel and Paid a Trafficker $250 To Have Sex with a 6-Year-Old

23. On May 21, 2016, QUINN reached out to UCA1 and UCA2 to confirm the plans previously arranged for that afternoon. Again, these were my undercover personas and he was in fact messaging me. QUINN confirmed that he was coming to the "party," asking where and what time.

24. QUINN made his way to the hotel using Uber car service. During QUINN's drive to the hotel, QUINN kept in touch with UCA1 via Kik. QUINN arrived at the hotel and sent UCA1 a message that he was in the hotel. I provided him with the room number. QUINN went to the room, where I was present with two other agents; the three of us were posing as UCA1, UCA2 and UCA3. All of us – UCA 1, 2, and 3 and QUINN -- waited in the room for the "pimp" to show up with the children. As discussed, we drank bourbon and QUINN had a beer. We watched the Cartoon Network, and QUINN ate a "Toy Story" cupcake. QUINN said to me that he was nervous and excited; I told him that he would always be nervous and excited, but that there was good stuff coming. Approximately ten minutes after QUINN arrive, the pimp – another undercover agent – came to the room and asked for payment, saying "money time." QUINN, clearly remembering the previous discussions where he had been told the price would be $250 to sodomize the boy for approximately an hour, he pulled out his money and gave the pimp $260. After QUINN paid the pimp, law enforcement came into the room and arrested everyone, appearing to arrest the undercover agents (including me), as well as QUINN.

25. The items QUINN brought with him to the hotel, which were seized pursuant to his arrest, included a camera with film and a monopod (a single-legged staff or pole used to

support a camera) and a wallet containing credit/debit cards and a frequent flyer card, all in the name of MICHAEL QUINN.

## CONCLUSION

26.     Based on the above-described facts, I submit that there is probable cause to believe that Michael Quinn violated Title 18, United States Code, Section 2423(b) when he travelled into the United States for the purpose of engaging in illicit sexual conduct with another person, and further violated Title 18, United States Code, Section 1951(a) (attempted sex trafficking of minor) when he knowingly attempted to obtain a minor who would be caused to engaged in a commercial sex act.

I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on May 23, 2016, in Los Angeles, California.

_____
Aaron McClellan, Special Agent
U.S. Immigration and Customs Enforcement

Subscribed to and sworn before me
this 23 day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE