FILED
2016 MAY 23  AM 11:09
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___MAD___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF
V.
Michael John Quinn, DEFENDANT

CASE NUMBER: 16-1067M

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 05/21/16 at 1335   ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 1591: Sex Trafficking of a Minor

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: English

7. Year of Birth: 1983

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty / Ferrando

10. Remarks (if any): N/A

11. Name: Special Agent Aaron McClellan (please print)

12. Office Phone Number: (562) 624-3862

13. Agency: HSI

14. Signature: [signature]

15. Date: 5/23/16

CR-64 (2/14)                REPORT COMMENCING CRIMINAL ACTION