

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>MICHAEL QUINN,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:16-MJ-01067-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

    Upon motion of _defendant_____, IT IS ORDERED that a detention hearing is set for _May 27_____, _2016_____, at _10:00_____ ☒a.m. / ☐p.m. before the Honorable _Karen L. Stevenson_____, in Courtroom _E_____.

    Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
    *(Other custodial officer)*

Dated: _May 23, 2016_

_/s/ Karen L. Stevenson_
U.S. District Judge/Magistrate Judge