```
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
Joey L. Blanch
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section
California Bar Number:  186487
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3315
     Facsimile: (213) 894-3713
     E-mail: joey.blanch@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
JUN -3 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 16-CR-1067M |
|---|---|
| Plaintiff, | AFM [PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE POST-INDICTMENT ARRAIGNMENT DATE; |
| v. | |
| MICHAEL QUINN, | |
| Defendant. | |

1     **IT IS ORDERED** that the Post-Indictment Arraignment in the above-
2 entitled case is continued to June 20, 2016.

6/3/2016

DATE

HONORABLE **ALEXANDER F. MacKINNON**
UNITED STATES MAGISTRATE JUDGE